| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | TIMOTHY F. SALEL |
| | Assistant U. S. Attorney |
| 3 | California State Bar No. 163597 |
| | Federal Office Building |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-6074 |
| | E-mail: timothy.salel@usdoj.gov |
| 6 | |
| 7 | Attorneys for |
| | United States of America |

Unsealed on 4/7/08

**ORDERED SEALED BY COURT**

08 MAR -5 PM 5:09

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

08 MJ 0692

| | | | |
|---|---|---|---|
| 10 | IN THE MATTER OF THE SEIZURE OF: | ) ) ) | Magistrate No. _____ |
| 11 | | ) ) | |
| 12 | | ) ) ) | EX PARTE MOTION TO FILE DOCUMENTS UNDER SEAL AND ORDER THEREON |
| 13 | One 2005 Ford Mustang, California license number 5MFE904, Vehicle Identification Number (VIN) 1ZVHT82H655141965, registered in the name of Juan E. Macias, Sr. or Connie Macias., | ) ) ) ) ) ) | |
| 16 | Defendant. | ) ) | |

COMES NOW the United States, by and through its counsel, Karen P. Hewitt, United States Attorney, and Timothy F. Salel, Assistant U.S. Attorney, and hereby moves that the attached Application for Seizure Warrant, Affidavit, and Seizure Warrant and this Motion and Order be ordered sealed until further order of the Court.

//

//

//

TFS:mia

The basis for this motion is that the affidavit contains sensitive information regarding an ongoing criminal investigation, and for good cause shown, should be ordered sealed until further order of the Court.

DATED: 3/5/08

KAREN P. HEWITT
United States Attorney

TIMOTHY F. SALEL
Assistant U.S. Attorney

ORDER

Upon application of the United States, and good cause appearing,

IT IS HEREBY ORDERED that the Application for Seizure Warrant, the Seizure Warrant and the Affidavit of Nicholas I. Cheviron, Federal Bureau of Investigation Special Agent, and this Motion in the above-referenced case shall be ordered sealed until further order of this Court, except for a copy of the Warrant to be left with the person from whom the item is seized.

DATED: 3/5/08

HON. CATHY ANN BENCIVENGO
United States Magistrate Judge

In re: One 2005 Ford Mustang

2