ORIGINAL

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 MAR 14 PM 2:37
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ORDERED SEALED BY COURT   unsealed on 4/7/08

In the Matter of the Seizure of
(Address or brief description of property or premises to be seized)

**One 2005 Ford Mustang, California license number 5MFE904, Vehicle Identification Number (VIN) 1ZVHT82H655141965, registered in the name of Juan E. Macias, Sr. or Connie Macias.**

**SEIZURE WARRANT**

CASE NUMBER: '08 MJ 0692

TO:   FBI Special Agent Nicholas I. Cheviron   and any Authorized Officer of the United States:

Affidavit having been made before me by _____ FBI Special Agent Nicholas I. Cheviron _____, who has reason to believe that in the Southern District of California, there is now certain property which is subject to forfeiture to the United States, namely:

**One 2005 Ford Mustang, California license number 5MFE904, Vehicle Identification Number (VIN) 1ZVHT82H655141965, registered in the name of Juan E. Macias, Sr. or Connie Macias,**

which was used, or intended for use, to transport, or in any manner to facilitate the transportation, sale, receipt, possession, or concealment of ... controlled substances, in violation of Title 21, United States Code, Section 881(a)(4).

I am satisfied that the affidavit and any recorded testimony establish probable cause to believe that the property so described is subject to forfeiture and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure in the daytime--6:00 a.m. to 10:00 p.m., leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the United States Magistrate Judge, as required by law.

3/5/07
Date

at   San Diego, California
City and State

Honorable   Cathy Ann Bencivengo

United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

AO 109 (2/90) Seizure Warrant

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 3/5/08 | 3/6/08, 6:00 a.m. | Ivan Salazar |

**INVENTORY MADE IN THE PRESENCE OF**

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

- 2005 Ford Mustang bearing California license number 5MFE904, Vehicle Identification Number 1ZVHT82H655141965.

# CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_    3/11/08
U.S. Judge or Magistrate    Date

**CATHY ANN BENCIVENGO**
**U.S. MAGISTRATE JUDGE**