ORIGINAL
FILED
08 APR -7 PM 12:29
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

KAREN P. HEWITT
United States Attorney
TIMOTHY F. SALEL
Assistant U.S. Attorney
California State Bar No. 163597
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6074

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF ONE 2005 FORD MUSTANG, CALIFORNIA LICENSE NUMBER 5MFE904, VEHICLE IDENTIFICATION NUMBER (VIN) 1ZVHT82H655141965, REGISTERED IN THE NAME OF JUAN E. MACIAS, SR., OR CONNIE MACIAS | Case No. 08MJ0692<br><br>MOTION AND ORDER TO UNSEAL SEIZURE WARRANT |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Timothy F. Salel, Assistant United States Attorney, and hereby requests that the seizure warrant, the application, and affidavit for seizure warrant in the above-reference case be unsealed.

DATED: April 4, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

TIMOTHY F. SALEL
Assistant U.S. Attorney

IS ORDERED.
DATED: 4/4/08

HONORABLE ANTHONY J. BATTAGLIA
United States Magistrate Judge

TFS:klb:Motion:Unseal Seizure Warr.Ford

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

**ORDERED SEALED BY COURT**

In the Matter of the Seizure of
(Address or brief description of property or premises to be seized)

**One 2005 Ford Mustang, California license number 5MFE904, Vehicle Identification Number (VIN) 1ZVHT82H655141965, registered in the name of Juan E. Macias, Sr. or Connie Macias.**

**SEIZURE WARRANT**

CASE NUMBER: 08 MJ 0692

TO: _____ FBI Special Agent Nicholas I. Cheviron _____ and any Authorized Officer of the United States:

Affidavit having been made before me by _____ FBI Special Agent Nicholas I. Cheviron _____, who has reason to believe that in the Southern District of California, there is now certain property which is subject to forfeiture to the United States, namely:

> One 2005 Ford Mustang, California license number 5MFE904, Vehicle Identification Number (VIN) 1ZVHT82H655141965, registered in the name of Juan E. Macias, Sr. or Connie Macias,

which was used, or intended for use, to transport, or in any manner to facilitate the transportation, sale, receipt, possession, or concealment of ... controlled substances, in violation of Title 21, United States Code, Section 881(a)(4).

I am satisfied that the affidavit and any recorded testimony establish probable cause to believe that the property so described is subject to forfeiture and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure in the daytime--6:00 a.m. to 10:00 p.m., leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the United States Magistrate Judge, as required by law.

3/5/07     at     San Diego, California
Date                City and State

Honorable Cathy Ann Bencivengo

United States Magistrate Judge
Name & Title of Judicial Officer                    Signature of Judicial Officer